Inmate name Joshua Wickham
IDOC No. 120772   ICIA 46A
Address PO Box 14
Boise Id 83707

Plaintiff

IN THE DISTRICT COURT OF THE _Fourth_ JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF _Ada_

Joshua Wickham,
        Plaintiff,
    vs.
Idaho deparment of corrections "Cocoeflos" unit 8 ISCI
John Doe "shift" ~~State of Idaho, et al.~~
Centurion Health care Providers ~~John Doe Centurion Health care~~
In his official capacity

)
)
)
)
)
)
)
)
)
)
)

Case No. _____

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL

COMES NOW, _Joshua Wickham_, Plaintiff in the above entitled matter and moves this Honorable Court to grant Plaintiff's Motion for Appointment of Counsel for the reasons more fully set forth herein and in the Affidavit in Support of Motion for Appointment of Counsel.

1. Plaintiff is currently incarcerated within the Idaho Department of Corrections under the direct care, custody and control of Warden _T. Davis_, of the _Idaho State Correctional Institution_

2. The issues to be presented in this case may become to complex for the Plaintiff to properly pursue. Plaintiff lacks the knowledge and skill needed to represent him/herself.

3. Plaintiff requires assistance completing these pleadings, as he/she was unable to do it him/herself.

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 1
Revised: 5/17/17

4.  Other:_____

DATED this 20 day of September, 20 23.

x _____
Plaintiff

## AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL

STATE OF IDAHO  )
                ) ss
County of Ada   )

Joshua Wickham after first being duly sworn upon his/her oath, deposes and says as follows:

1.  I am the Affiant in the above-entitled case;

2.  I am currently residing at the ISCI, under the care, custody and control of Warden T. Davis;

3.  I am indigent and do not have any funds to hire private counsel;

4.  I am without bank accounts, stocks, bonds, real estate or any other form of real property;

5.  I am unable to provide any other form of security;

6.  I am untrained in the law;

7.  If I am forced to proceed without counsel being appointed I will be unfairly handicapped in competing with trained and competent counsel of the State;

Further your affiant sayeth naught.

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 2
Revised: 5/17/17

WHEREFORE, Plaintiff respectfully prays that this Honorable Court issue it's Order granting Plaintiff's Motion for Appointment of Counsel to represent his/her interest, or in the alternative grant any such relief to which it may appear the Plaintiff is entitled to.

DATED This 20 day of September, 2023.

X _____
Plaintiff

### CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 9/20/2023

Joshua Wickham
Typed/Printed

_____
Signature

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 3
Revised: 5/17/17

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the __26__ day of __September__, 20__23__, I mailed a copy of this MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL for the purposes of filing with the court and of mailing a true and correct copy via prison mail system for processing to the U.S. mail system to:

__Ada__ County Prosecuting Attorney
__200 W. Fort St__
__Boise ID 83702__

__Joshua Wickham__
Plaintiff

MOTION AND AFFIDAVIT IN SUPPORT FOR APPOINTMENT OF COUNSEL - 4
Revised: 5/17/17