UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA AARON WICKHAM,<br><br>               Plaintiff,<br><br>   v.<br><br>IDAHO DEPARTMENT OF CORRECTION; CENTURION HEALTH; UNIT 8 SHIFT COMMANDER, ISCI; and JOHN DOE,<br><br>               Defendants. | Case No. 1:23-cv-00460-BLW<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION** |

Plaintiff, an inmate in the custody of the Idaho Department of Correction, has filed a Complaint and an Application to Proceed in Forma Pauperis. The documentation submitted in support of the Application, however, shows that Plaintiff has received nearly $4,400 in Plaintiff's inmate trust account within the six-month period preceding the filing of the Complaint.

Because most, if not all, of Plaintiff's basic needs are paid for by the State during incarceration, the Court finds that Plaintiff has had access to sufficient funds to afford the filing fee in this action. The Court notes that, even if an inmate does not *currently* have the entire amount of the filing fee in the inmate's trust account, that is not a sufficient reason to grant an in forma pauperis application.

*See Rodriguez v. Cook*, 169 F.3d 1176, 1180 (9th Cir. 1999) (stating that the Prison Litigation Reform Act's in forma pauperis provision requires inmates "to be fiscally responsible and make decisions concerning the merits of their case ... *before* filing" a cause of action) (emphasis added).

For the foregoing reasons, Plaintiff's Application will be denied. Plaintiff must pay the full amount of the filing fee within 14 days if Plaintiff intends to proceed with this case.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 1) is DENIED.

2. If Plaintiff does not pay the $402.00 filing fee within 14 days, this case may be dismissed without prejudice without further notice. Alternatively, Plaintiff may file a Notice of Voluntary Dismissal if Plaintiff no longer intends to pursue this case, in which case no filing fee will be due.

DATED: October 23, 2023

B. Lynn Winmill
U.S. District Court Judge